[No. 13347-4-II.   Division Two.   May 28, 1992.]

CATHERINE BURGESS REINKE, *as Personal Representative*,
ET AL, *Appellants*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 87-2-00842-0, James I. Maddock, J., entered

September 22, 1989. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.